# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

131434

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

YVONNE DUNN BUSCH,
   Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131434
COA: 258819
Wayne CC: 04-006885-01

   On order of the Court, the application for leave to appeal the April 25, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006             _____

t0918                    Clerk